IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-156 |
| | § | |
| KENNETH COLEMAN | § | |
| MARCUS T. WEATHERSBY | § | |

**O R D E R**

Counsel for the defendant, Kenneth Coleman, filed a motion to withdraw as counsel and a motion for continuance, (Docket Entries No. 36 and 37).

The motion to withdraw is granted. The magistrate judge will appoint new counsel for defendant Kenneth Coleman.

The government is unopposed to the continuance. The codefendant, Marcus Weathersby, agreed only to a 90-day extension, not the 6 months sought. The court finds that given the storm disruptions from Hurricane Harvey and the appointment of new counsel, the 6- month continuance is necessary for a fair presentation of the defense. The interests of justice are served by granting this continuance and those interests outweigh the interests of the public and the defendants in a speedy trial.

The motion for continuance is granted. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | March 26, 2018 |
| Responses are to be filed by: | April 9, 2018 |
| Pretrial conference is reset to**:** | **April 16, 2018 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **April 23, 2018 at 9:00 a.m.** |

SIGNED on September 26, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge