United States District Court
Southern District of Texas
**ENTERED**
February 16, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H-17-156-2 |
| | § | |
| MARCUS T. WEATHERSBY | § | |

### REPORT AND RECOMMENDATION

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Marcus T. Weathersby, the defendant in this action. On February 16, 2018, Defendant Marcus T. Weathersby appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to the Indictment charging him with conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h)(Count 2).

Defendant Marcus T. Weathersby consented in writing to plead guilty before a United States Magistrate Judge. After conducting said proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Defendant Marcus T. Weathersby, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition of sentence by Chief United States District Judge Lee Rosenthal.

2. Defendant Marcus T. Weathersby is fully competent

        and capable of entering an informed plea.

3. Defendant Marcus T. Weathersby is aware of the nature of the charges, the maximum punishment range and other penalties that may be imposed at sentencing.

4. Defendant Marcus T. Weathersby understands his constitutional and statutory rights and wishes to waive those rights. Defendant has had the Plea Agreement read to him and understands the terms of the Plea Agreement.

5. Defendant Marcus T. Weathersby understands that the sentencing judge is not bound by the agreed calculations of the Sentencing Guidelines contained in his plea agreement or any recommendation on sentencing made by either counsel for the government or his counsel. Defendant understands that if the agreed recommendation on the guideline calculation is not followed by the probation officer or the sentencing judge, he may not withdraw his plea of guilty.

6. Defendant Marcus T. Weathersby's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 2 of the Indictment.

Based upon the foregoing, it is **RECOMMENDED** that the guilty plea of Defendant Marcus T. Weathersby to Count 2 of the Indictment be accepted by the court and that Marcus T. Weathersby be adjudged guilty of the offense alleged in Count 2 of the Indictment, to wit: conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h).

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the receipt thereof to file written objections thereto pursuant to

General Order 2002-13.  Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk, P.O. Box 61010, Houston, Texas, 77208.  Copies of such objections shall be mailed to opposing parties and to the chambers of the undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

**SIGNED** at Houston, Texas, this 16th day of February, 2018.

_____
U.S. MAGISTRATE JUDGE